# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL WILSON, <br><br> Petitioner, <br><br> v. <br><br> JOSIE GASTELLO, Warden, <br><br> Respondent. | No. CV 19-04201-DOC (DFM) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Date: July 22, 2019

*David O. Carter*

DAVID O. CARTER
United States District Judge